UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 24, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VASILICA MIHAI,

    Defendant.

Case No. 2:25-mj-00173-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release VASILICA MIHAI, Case No. 2:25-mj-00173-JDP, Charge 18 U.S.C. § 371, from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

**X** Bail Posted in the Sum of $ 50,000.00.

    **X** Unsecured Appearance Bond $ 50,000.00.

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    \_\_\_\_ (Other): The Defendant's release is ordered delayed until

    **X** 11/25/2025 at 11:00 a.m. Upon release, the Defendant shall report directly to the Office of Pretrial Services.

Sacramento County Jail is further ORDERED to release the defendant with a **X** 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 24, 2025 at 2:45 p.m.

By: _/s/ Jeremy Peterson_
Magistrate Judge Jeremy D. Peterson